IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ZACHARY DOLBY,　　　　　　　　　　　　CIVIL DIVISION

　　　　　　Plaintiff,　　　　　　　　　　　Case No. 1:21-cv-00229-CB

　　v.

LATROBE SPECIALTY METALS COMPANY
LLC. t/d/b/a Carpenter Specialty Metals,

　　　　　　Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)

The plaintiff and the defendant, by their respective attorneys, stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the complaint and this action are dismissed with prejudice, without any award of fees and costs by the Court.

| | |
|---|---|
| */s/ Michael J. Bruzzese* | */s/ Abigail M. Green* |
| 2315 Koppers Building | Cozen O'Connor |
| 436 Seventh Avenue | One Oxford Centre, 41st Floor |
| Pittsburgh, PA 15219 | 301 Grant Street |
| | Pittsbugh, PA 15219 |
| Counsel for the plaintiff | Counsel for the defendant |

## ORDER

AND NOW, this _____ day of _____ 2022, the foregoing Stipulation is approved as an Order of the Court.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Cathy Bissoon
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge